Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

93 So.2d 813

**James Charles COOK**

**v.**

**STATE.**

**7 Div. 469.**

Court of Appeals of Alabama.

Feb. 12, 1957.

Love & Hines, Talladega, for appellant.

John Patterson, Atty. Gen., and Geo. Young, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

92 So.2d 62

**Alvin J. COPPING  v.  STATE.**

**1 Div. 724.**

Court of Appeals of Alabama.

Dec. 18, 1956.

M. A. Marsal, Mobile, for appellant.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Appeal dismissed, authority of Duke v. State, 264 Ala. 624, 89 So.2d 102.

93 So.2d 731

**Grady CROWDER**

**v.**

**STATE.**

**4 Div. 305.**

Court of Appeals of Alabama.

Oct. 11, 1955.

Rehearing Denied Oct. 25, 1955.

Grady Crowder, appellant, pro se.

John Patterson, Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

77 So.2d 922

**John T. DABBS, Sr.**

**v.**

**STATE.**

**7 Div. 307.**

Court of Appeals of Alabama.

June 1, 1954.

Rehearing Denied June 15, 1954.

Roy D. McCord, Gadsden, for appellant.